# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40703** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Dustin C.O. ENGLISH** | ) | |
| **Senior Airman (E-4)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 31 December 2025, Appellant submitted a "Motion to Withdraw from Appellate Review and Attach," specifically, a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 30 December 2025 and Appellant's counsel on 31 December 2025. The Government did not submit any opposition.

Accordingly, it is by the court on this 8th day of January, 2026,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach, dated 31 December 2025, is **GRANTED**.

Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court